UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YVONNE D. NICKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18-CV-00305-RLW |
| | ) |
| ROBERT L. WILKIE, | ) |
| United States Secretary of Veterans Affairs, | ) |
| Department of Veterans Affairs, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Amended Motion for Summary Judgment is **GRANTED** and Plaintiff's Complaint against Defendant is **DISMISSED with prejudice**.

Dated this 20th day of February, 2020.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE